GEOFFREY A. HANSEN
Acting Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street-
Suite 650
Oakland, CA 94607-3627

Counsel for Defendant MILTON MORROW

FILED
APR 20 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MILTON EARL MORROW, ) <br> ) <br> Defendants. ) | No. CR 12-0225 CW (DMR) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE TO ALLOW TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA FOR MEDICAL APPOINTMENTS |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of release for Milton Earl Morrow may be modified to allow him to travel to the Eastern District of California for medical appointments with the approval of his United States pretrial services officer. Mr. Morrow is currently at the Newbridge Foundation residential drug treatment program and a representative from the program travels with him any time he leaves the facility. Mr. Morrow has a medical appointment on April 23, 2012. Because his doctor's office is in the Eastern District of California, Pretrial Services Officer Victoria Gibson has recommended that Mr. Morrow's conditions

of release be modified to include travel to the Eastern district for medical appointments with the approval of his United States pretrial services officer. All other conditions of release would remain the same.

DATED: 04/19/12                                    /s/
                                                   JOYCE LEAVITT
                                                   Attorney for Milton Morrow

DATED: 04/19/12                                    /s/
                                                   JAMES MANN
                                                   Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for Milton Earl Morrow may be modified to allow him to travel to the Eastern District of California for medical appointments with the approval of his pretrial services officer. All other conditions of release shall remain the same.

SO ORDERED.

DATED: 04/20/12                            for    /s/ Kandis Westmore
                                                  DONNA M. RYU
                                                  United States Magistrate Judge

*U.S. v. Milton Morrow*, CR 12-0225 CW;
Modification of Release Conditions                - 2 -